# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| RUSSELL ALAN POWELL, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>TERESA JEAN POWELL (LINDBERT), )<br>    Defendant. ) | No. 3:09-CV-502<br>(Phillips) |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed this day with the clerk, the motion to dismiss filed by defendant Teresa Jean Powell [Doc. 8] is **GRANTED**, and this action is **DISMISSED, without prejudice.**

**IT IS SO ORDERED.**

ENTER:

      s/ Thomas W. Phillips
    United States District Judge